

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2014

No. 04-14-00252-CR

Philip **GARAY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2843
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due November 7, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court